# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DUILIO ANGELINI** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 17-4133** |
| **v.** | : | |
| | : | |
| **U.S. FACILITIES, INC.** | : | |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 27th day of June 2018, upon consideration of Defendant's *motion to dismiss the first amended complaint*, [ECF 6], Plaintiff's opposition thereto, [ECF 11], and the allegations contained in the amended complaint, [ECF 4], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendant's motion is **GRANTED,** in part, as follows:

(1)    the motion to dismiss is **GRANTED** with respect to Plaintiff's race discrimination claims at Counts I, II, IV, and V; Plaintiff's race, religion, and ethnicity/ancestry discrimination claims at Counts IV and V; and Plaintiff's common law claim for unlawful termination/discharge at Count VII;

(2)    the motion to dismiss is **DENIED** with respect to Plaintiff's age discrimination claims at Counts III, IV, and V, and Plaintiff's Whistleblower claim at Count VII; and,

(3)    Plaintiff's claims for hostile work environment and retaliation are deemed withdrawn.

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*