IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DUILIO ANGELINI** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 17-4133 |
| v. | : | |
| | : | |
| **U.S. FACILITIES, INC.** | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 16th day of July 2020, upon consideration of Defendant's *motion for summary judgment*, [ECF 32], Plaintiff's response in opposition thereto, [ECF 33], and Defendant's reply, [ECF 34], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendant's motion for summary judgment is **GRANTED**, and **JUDGMENT** is entered in favor of Defendant U.S. Facilities, Inc. and against Plaintiff Duilio Angelini with respect to Plaintiff's age-discrimination claims at Counts III, IV, and V and Plaintiff's Whistleblower claims at Count VI.

The Clerk of Court is directed to mark this case **CLOSED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*